■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v LEON CARPENTER, Defendant.—Motion for change of venue denied. Memorandum: We conclude that defendant has not on this application met his burden of demonstrating that there is "reasonable cause to believe that a fair and impartial trial cannot be had" in Oswego County (CPL 230.20, subd 2). If it develops during the *voir dire* that a fair and impartial jury cannot be drawn an appropriate application may then be made. The relief requested in the application before us is now premature (see *People v Di Piazza,* 24 NY2d 342; *People v Hatch,* 46 AD2d 721; *People v Sekou,* 45 AD2d 982, app dsmd 35 NY2d 844). Present—Marsh, P. J., Dillon, Hancock, Jr., Denman and Witmer, JJ. (Order entered Feb. 13, 1978.)